UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                          15-cr-682 (LAK)

MARLON CLENISTA,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        If the government opposes the defendant's motion for compassionate release [DI 179], it shall file its response no later than December 23, 2020. Any reply to the government's opposition shall be filed no later than January 4, 2021.

        SO ORDERED.

Dated:    December 12, 2020

                                                            Lewis A. Kaplan
                                                           United States District Judge