UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/23

UNITED STATES OF AMERICA,

-against-

MARLON CLENISTA,

Defendant.

No. 1:15-cr-00682-LAK-4

### [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon the Motion by counsel for Defendant Marlon Clenista and the accompanying Declaration of Charles Barrera Moore,

IT IS ORDERED that the Motion to withdraw Charles Barrera Moore as counsel for Mr. Clenista is GRANTED, and the appearance of Mr. Moore is withdrawn as of the date of this Order.

Dated: _____10/16/23_____

_____
Honorable Lewis A. Kaplan
United States District Judge